# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. |
| Randy Gabriel De La Paz Matos ) | 24-mj- 227-01-AJ |
| ) ) ) ) | |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  June 4, 2024 through the present  in the county of  Hillsborough  in the
_____ District of  New Hampshire , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and 846 | Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

/s/ Andre Smith
*Complainant's signature*

Andre Smith, DEA TFO
*Printed name and title*

The affiant appeared before me by telephonic conference on this date pursuant to Fed. R. Crim P. 4.1 and affirmed under oath the content of this complaint and affidavit.

Date: **Sep 9, 2024**

*Judge's signature*

City and state: Concord, New Hampshire    Andrea K. Johnstone, US Magistrate Judge
*Printed name and title*